
FILED
JUL 10 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JACOB REA'SHAW HERNDON,

    Plaintiff,

v.

HARRIS COUNTY DISTRICT
ATTORNEY'S OFFICE, *et al.*,

    Defendants.

Civil Action No. 19-1716 (UNA)

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court will grant the application and dismiss the complaint without prejudice.

The Court notes that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claims being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

It appears that plaintiff was detained in Harris County, Texas following his arrest on November 16, 2018. In vague and rambling language, plaintiff alleges violations of constitutionally-protected rights for which he demands damages between $2 million and $20 million. So vague is the language that the complaint, as drafted, fails to put defendants on notice of the claims asserted against them. The complaint does not meet the minimal pleading standard set forth in Rule 8(a) and, accordingly, the Court will dismiss the complaint.

An Order is issued separately.

DATE: July 8, 2019

_____
United States District Judge